UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF SEPTEMBER
AND OCTOBER, 2011, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of September and October, 2011.  Counsel will be notified when their case reaches No. 5.  After such notice, counsel should be prepared to begin trial any time on **48 hours notice**.  It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket.  Unless otherwise notified, this Court commences trial at 8:45 a.m.  PLEASE BE PROMPT!

1. 10-14380 THE LASALLE GROUP V. AMERICAN CONTRACTORS INDEMNITY CO.
2. 10-13095 DELUCA V. ALLSTATE INSURANCE CO.
3. 10-10322 NORDMAN V. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.
4. 10-13971 MAJCHRZAK V. COUNTY OF WAYNE, ET.AL
5. 10-12395 FINNEY V. ARCH REALTY CO., ET.AL
6. 10-15053 BURGER V. IDIDIT, INC.
7. 11-11178 EL-SEBLANI V. ONEWEST, FSB, ET.AL
8. 10-14619 USA V. 16,374.42 SQUARE FEET OF LAND, ET.AL

                                s/Patrick J. Duggan
                                Patrick J. Duggan
                                United States District Judge

Dated:  August 2, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 2, 2011, by electronic and/or ordinary mail.

                                s/Marilyn Orem
                                Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 7 DAYS AFTER ANY DECISION ON SUCH MOTION.**