IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER NORDMAN,

        Plaintiff,

                                  Case No. 2:10-cv-10322
-vs-                              HON. PATRICK J. DUGGAN

JOHN DOE, an individual whose identity
is currently unknown, and STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY,

        Defendants.

_____

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

     NOW COME the above named parties, by and through their attorneys, and hereby stipulate to entry of an order dismissing the above cause without prejudice and without costs as to any party.


 s/ Robert S. Silverman                s/ Brian D. Wright
Robert S. Silverman, P53626            Brian D. Wright, P36862
Attorney for Plaintiff                       Attorney for Defendant


UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER NORDMAN,

        Plaintiff,

                                  Case No. 2:10-cv-10322
-vs-                              HON. PATRICK J. DUGGAN

_____

JOHN DOE, an individual whose identity
is currently unknown, and STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY,

                  Defendants.

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

At a session of said Court, held in the U.S. District Court for the Eastern District, Southern Division, on October 19, 2011.

PRESENT:  HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

In accordance with a stipulation to that effect;

IT IS HEREBY ORDERED that the above cause be and the same is hereby dismissed without prejudice and without costs as to any party.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: October 19, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, October 19, 2011, by electronic and or ordinary mail.

s/Marilyn Orem
Case Manager